IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLARA MAE WATSON**                                                                                          **PLAINTIFF**

VS.                                         CASE NO. 5:14CV00433 PSH

**CAROLYN W. COLVIN, Acting Commissioner,**
   **Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 28th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE